**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| SCOTTIE LEE SANDERSON,        ) | |
|               ) | |
|        Petitioner,        ) | |
|               ) | |
| v.                    ) | No. 3:16-cv-01512 |
|               ) | Judge Trauger |
| UNITED STATES OF AMERICA,    ) | |
|               ) | |
|        Respondent.       ) | |

## ORDER

Pending before the court are the Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence In Accordance With 28 U.S.C. § 2255 (Docket No. 1); the Government's Response (Docket No. 5); and the Petitioner's Reply (Docket No. 7). For the reasons set forth in the accompanying Memorandum, the Motion To Vacate, Set Aside, Or Correct Sentence In Accordance With 28 U.S.C. § 2255 (Docket No. 1) is DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

If the Petitioner gives timely notice of an appeal from the court's Memorandum and Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States,* 310 F.3d 900 (6th Cir. 2002).

It is so **ORDERED.**

ENTER this 5th day of October 2017.

 

 

ALETA A. TRAUGER
U.S. District Judge